CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAY 26 PM 3: 22

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 5:17-CR-00029-C-BQ-1 |
| | §<br>§ | |
| FRANK STEVEN GONZALES | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**FRANK STEVEN GONZALES,** by consent, under authority of *United States v. Dees,* 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **FRANK STEVEN GONZALES,** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that **FRANK STEVEN GONZALES** be adjudged guilty and have sentence imposed accordingly.

**DATED:** May 26, 2017.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).